UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERYL ALDERMAN and CINDY HOUCK,**

    Plaintiffs,

v.                                                            Case No.  8:06-CV-1801-T-30TBM

**REPUBLIC SERVICES, INC.,**

    **Defendant.**
_____

**REPUBLIC SERVICES, INC.,**

    **Third-Party Plaintiff,**

v.

**ADP, INC.,**

    **Third-Party Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon receipt of Plaintiff's Notice of Order on Motion for Rehearing (Dkt. 35). On May 20, 2008, the Court entered an order extending the stay of this case during the pendency of Plaintiff's appeal of the May 29, 2007 decision granting Defendant's motion for summary judgment in <u>Alderman v. Standard Insurance Co.</u>, Case No. 6:05-CV-1572-Orl-22UAM (M.D. Fla. 2007). The Eleventh Circuit Court of Appeals affirmed the district court's decision, <u>see</u> <u>Alderman v. Standard Insurance Co.</u>, Case No. 07-13076-D (11th Cir. 2008), and denied Plaintiff's motion for a rehearing. The mandate

issued on May 27, 2008.  Plaintiffs have advised the Court that no further proceedings are planned at the appellate level related to the Orlando case (Dkt. 35 at 1).

It is therefore **ORDERED** and **ADJUDGED** that:

1. This matter is no longer stayed. The **Clerk** shall return this case to the active docket.

2. The parties shall, within **ELEVEN (11) DAYS** hereof, brief their argument regarding the effect, if any, of the appellate court's opinion on issues raised in the Orlando proceeding common to issues presented in the present case.

**DONE** and **ORDERED** in Tampa, Florida on June 12, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1801 Brief Issues.wpd